UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANTELLE ANN KOONCE AND DEVON DONTRELL KOONCE *PLAINTIFFS* <br><br> VS. <br><br> JASON ALLEN WILLIAMS, RYDER TRANSPORTATION SOLUTIONS, LLC, AND RYDER TRUCK RENTAL, INC. *DEFENDANTS* | § § § § § § § § § § § | CIVIL ACTION NO.: 5:24-cv-00159 |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Come now JASON ALLEN WILLIAMS, RYDER TRANSPORTATION SOLUTIONS, LLC, and RYDER TRUCK RENTAL, INC., Defendants in a cause styled *Shantelle Ann Koonce and Devon Dontrell Koonce v. Jason Allen Williams, Ryder Transportation Solutions, LLC, and Ryder Truck Rental, Inc.* originally pending as Cause No. 2024CI00961 in the 285th Judicial District Court, Bexar County, Texas, and pursuant to the terms and provisions of 28 U.S.C. §§ 1441, hereby respectfully file this Notice of Removal of said cause to the United States District Court for the Western District of Texas, San Antonio, and as grounds therefore, would respectfully show the Court as follows:

## I.
## NATURE OF THE CASE

1. This case arises out of an automobile accident that occurred on or about October 13, 2023. Plaintiffs allege that Defendants RYDER TRANSPORTATION SOLUTIONS, LLC, and RYDER TRUCK RENTAL, INC.

(collectively referred to herein as "RYDER") employed Defendant Jason Allen Williams ("WILLIAMS"), and that while WILLIAMS was in the course and scope of his employment with RYDER, he negligently caused the accident at issue in this case. Plaintiffs make further allegations of negligent hiring, training, supervision, maintenance, and entrustment by RYDER. Finally, Plaintiff alleges all Defendants were grossly negligent.

2. Plaintiff commenced this action in the 285th Judicial District Court, Bexar County, Texas, on January 17, 2024, by the filing of Plaintiff's Original Petition. Citation was served on Defendants on January 24, 2024. Defendants are all present before the Court and consent to removal.

## II.
## JURISDICTION

3. Pursuant to 28 U.S.C. § 1441, Defendants remove this action to the District Court of the United States for the district and division embracing the place where this action is pending. In support of this Notice, Defendants show that this action is between citizens of different states. As alleged in their Original Petition, Plaintiffs are citizens of Texas. Plaintiff confirms that Defendant WILLIAMS is not citizen of Texas. Jason Allen Williams is a resident and citizen of the State of Kentucky. Defendant RYDER TRANSPORTATION SOLUTIONS, LLC is a Florida corporation with its principal place of business in Coral Gables, Florida and it is therefore a resident and citizen of Florida. Defendant RYDER TRUCK RENTAL, INC. is a Florida corporation with its principal place of business in Miami, Florida and it is therefore a resident and citizen of Florida. Plaintiffs and Defendants are citizens of different states,

none of the Defendants are residents of Texas and the parties are totally diverse from Plaintiff. Plaintiff's Original Petition establishes that the amount in controversy exceeds $1,000,000. Accordingly, this Court has diversity jurisdiction under 28 U.S.C. § 1332.

4. A copy of all process, pleadings, and orders served on Defendant are attached as Exhibit A.

### III.
### DEFENDANT'S NOTICE OF REMOVAL IS TIMELY

5. Defendants further show that this removal is timely sought and this notice was filed within thirty (30) days of Defendants receiving the Service of Citation in *Shantelle Ann Koonce and Devon Dontrell Koonce v. Jason Allen Williams, Ryder Transportation Solutions, LLC, and Ryder Truck Rental, Inc.* originally pending as Cause No. 2024CI00961.

6. Additionally, it has been less than one year since this action was originally commenced. *See* 28 U.S.C. § 1446(b).

7. All Defendants consent to removal.

### IV.
### CONCLUSION AND PRAYER

8. All conditions and procedures for removal have been satisfied. Defendants will also promptly give written notice of the filing of this notice of removal to Plaintiffs, as well as promptly file a copy of the Notice of Removal with the Clerk of the District Court of Bexar County, Texas.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully requests that this action now pending against it be removed from the 285th

Judicial District Court, of Bexar County Texas, to this Honorable Court for trial and determination of all issues.

                          Respectfully submitted,

*/s/ David L. Ortega*

**David L. Ortega**
State Bar No. 00791377
Telephone: 210-731-6353
Facsimile: 210-785-2953
Email: dortega@namanhowell.com
**Erik L. Krudop**
State Bar No. 24027429
Telephone: 210-731-6434
Facsimile: 210-785-2910
Email: ekrudop@namanhowell.com
Naman, Howell, Smith & Lee, PLLC
10001 Reunion Place, Suite #600
San Antonio, Texas 78216
**ATTORNEY FOR DEFENDANTS, JASON ALLEN WILLIAMS, RYDER TRANSPORTATION SOLUTIONS, LLC, and RYDER TRUCK RENTAL, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing was served in accordance with the Federal Rules of Civil Procedure on this the 16th day of February 2024, to the following counsel of record:

Ryan J. Browne
Alex Ivanov
Reyes Browne Law
8222 Douglas Avenue, Ste. 400
Dallas, Texas 75225
E-mail ryan@reyeslaw.com
E-mail: alex@reyeslaw.com

                                                        _____
                                                        Erik L. Krudop