IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANTELLE ANN KOONCE and DEVON DONTRELL KOONCE, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-24-CV-159-FB |
| JASON ALLEN WILLIAMS, RYDER TRANSPORTATION SOLUTIONS, LLC, and RYDER TRUCK RENTAL, INC., | § § § § § | |
| Defendants. | § § | |

## ORDER REINSTATING CASE ON DOCKET, DISMISSAL OF CASE AND FINAL JUDGMENT

Before the Court is the status of the above styled and numbered cause. On January 31, 2025, this Court entered an Order Concerning Pending Motions, Order Requiring Advisory from Plaintiffs by April 1, 2025, and Order of Administrative Closure (docket #17) to allow the Plaintiffs' counsel to withdraw and to allow the Plaintiffs time, until April 1, 2025, to advise the Court whether either or both wish to proceed *pro se*, obtain new counsel, and/or intend to pursue their claims in this case. The Plaintiffs were advised that their failure to comply by the April 1, 2025, deadline could result in the dismissal of this case for failure to comply with a court order. In addition, all deadlines in this case were stayed until May 1, 2025. The Order also required withdrawing counsel to file an advisory with the Court indicating full compliance with the Court's order. Withdrawing counsel did so on February 28, 2025 (docket #18).

A review of the record reveals that to date, neither Plaintiff has contacted the Court nor filed an advisory indicating their intent to retain new counsel and/or proceed with the prosecution of their case. Therefore, based on the record before the Court and the failure by the Plaintiffs to respond to this Court's order or indicate any intention to prosecute their case, IT IS HEREBY ORDERED that is REOPENED and REINSTATED on the Court's docket in order that the case may be officially and

formally dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with a court order and failure to prosecute.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all claims asserted by Plaintiffs against Defendants in this action are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b). *Hickman v. Fox Television Station, Inc.*, 231 F.R.D. 248, 252 (S.D. Tex. 2005) ("Rule 41(b) of the Federal Rules of Civil Procedure permits a district court to dismiss a case for want or prosecution or failure to comply with a court order. The court's authority in this regard stems from its inherent power to control its docket and prevent undue delays in the disposition of pending cases.").

IT IS FURTHER ORDERED that the Clerk of Court send a copy of this order by certified mail, return receipt requested and by regular mail to the Plaintiffs at 7118 Aldebaran Sun, San Antonio, Texas 78252, and to the following email addresses: dabestbelle@yahoo.com and ddkoonce59@gmail.com.

IT IS FURTHER ORDERED that motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 30th day of May, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE